[No. 13815–4–I.   Division One.   October 1, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES E. LONG, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 78-1–00171–2, Daniel T. Kershner, J., entered September 9, 1983. *Dismissed* by unpublished per curiam opinion.

[No. 13290–3–I.   Division One.   October 1, 1984.]

*In the Matter of the Personal Restraint of*
SIMON LEWIS DEARBONE, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.

[No. 6571–1–II.   Division Two.   October 1, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. OLIVER GLENN McPHERSON IV, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 82–1–00236–4, J. Dean Morgan, J., entered August 11, 1982. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Worswick, A.C.J., and Reed, J.

[No. 7595–4–II.   Division Two.   October 1, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY ALLEN PETERSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 82–1–00610–6, J. Dean Morgan, J., entered January 27, 1983. *Reversed* by unpublished opinion per Petrich, C.J., concurred in by Reed and Worswick, JJ.